■ In the Matter of JAMES W. PENDERGRAST, Petitioner, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [952 NYS2d 874]—■

Concur—Gonzalez, P.J., Moskowitz, Acosta, Freedman and Abdus-Salaam, JJ.